UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR05-033-RSL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JACKIE LEE HARRIS, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 12, 2008. The United States was represented by AUSA Ronald Friedman and the defendant by Carol Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 8, 2005 by the Honorable Robert S. Lasnik on a charge of Possession of an Unregistered Firearm, and sentenced to 48 months custody, 3 years supervised release. (Dkt. 26.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, submit to mandatory drug testing, participate in a drug program, abstain from alcohol, submit to search,

and provide access to financial information.

On July 28, 2008, defendant's probation officer reported that defendant tested positive for methamphetamine. Defendant was reprimanded, placed in a structured testing program, and referred for professional assessment. No further action was taken at the time. (Dkt. 28.)

In an application dated September 4, 2008 (Dkt. 29 ), U.S. Probation Officer Monique D. Neal alleged the following violations of the conditions of supervised release:

1. Failing to notify the probation officer at least 10 days prior to any change in residence or employment, in violation of standard condition No. 6.

2. Using methamphetamine and marijuana on or before July 23, 2008, in violation of standard condition No. 7.

3. Failing to report for drug testing as instructed by his U.S. Probation Officer on August 22, August 27, and September 4, 2008, in violation of the special condition that the defendant participate as instructed in a program approved by the probation office for treatment of narcotic addiction, drug dependency or substance abuse which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

/ / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

Pending a final determination by the Court, defendant has been detained.

DATED this 12th day of September, 2008.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:         Honorable Robert S. Lasnik
     AUSA:                   Ronald Friedman, Andrew C. Friedman
     Defendant's attorney:   Carol Koller
     Probation officer:      Monique D. Neal